

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

**NO. 02-16-00039-CV**

| | | |
|---|---|---|
| Watts Regulator Co. | § | From the 342nd District Court |
| v. | § | of Tarrant County (342-277833-15) |
| | § | June 30, 2016 |
| Texas Farmers Insurance Company as Subrogee of Kadrey Semo | § | Opinion by Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant, Watts Regulator Co., shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Bonnie Sudderth_____
   Justice Bonnie Sudderth